Núm. 7871.—VIERA, ETC., aplte. *v.* SUCN. GOITÍA, ETC., apldos.— C. D. Humacao. ▬▬▬▬▬ Diciembre 9, 1938.
(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, en 24 de junio de 1938 la Corte de Distrito de Humacao declaró con lugar una moción de la demandante apelante solicitando que se dictara sentencia en el caso por ser la demanda enmendada substancialmente igual a la original que la corte inferior ordenó enmendar;

POR CUANTO, la demandante apelante apeló para ante este Tribunal Supremo de la sentencia de 24 de junio de 1938 y en su alegato le atribuye a la corte inferior el único error de declarar sin lugar la demanda por los méritos de las alegaciones;

POR CUANTO, los demandados apelados solicitan ahora de nosotros que desestimemos el recurso por no haber sido incorporadas a la transcripción de autos "la demanda original, las excepciones previas y la resolución de la corte declarándolas con lugar";

POR CUANTO, dichos documentos no son necesarios para resolver el único error que plantea la demandante apelante;

POR TANTO, se declara sin lugar la moción para desestimar radicada por los demandados apelados.

El Juez Presidente Sr. Del Toro no intervino.

(b) FALTA DE DILIGENCIA O BUENA FE EN LA TRAMITACIÓN
DEL RECURSO